IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| JOANNE M. ROMAN, | ) | Case No. 21-20642-GLT |
| Chapter 7 Debtor. | ) | |
| | ) | |
| | ) | |

## ORDER OF THE COURT

## GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR STAY OF EJECTMENT AND TRO PENDING FINAL DECISION

**AND NOW,** this     ,day of        , 2025, for the reasons set forth in the Court's accompanying Memorandum Opinion filed here with, **IT IS HEREBY ORDERED** that:

1.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Court Judge

cc: ECF/CM (NEF): All counsel of record
       Joanne Marie Roman (via U.S. Mail)