### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Joanne M. Roman                                              CHAPTER 7

                      Debtor(s)

                                                                            BKY. NO. 21-20642 GLT

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

July 22, 2025

                                      Respectfully submitted,

                                      /s/ Denise Carlon

                                      Denise Carlon, Esq. (317226)
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106
                                      412-430-3594
                                      bkgroup@kmllawgroup.com