Case 21-20642-GLT    Doc 36    Filed 07/24/25    Entered 07/24/25 16:30:22    Desc Main
Document      Page 1 of 1

FILED
7/24/25 4:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-20642-GLT |
| | : | Chapter: | 7 |
| Joanne M. Roman | : | | |
| | : | | |
| | : | Date: | 7/24/2025 |
| *Debtor(s).* | : | Time: | 11:00 |

## **PROCEEDING MEMO**

**MATTER:** #24 - Motion to Reopen Chapter 7 Case Under 11 U.S.C.
Section 350(b); Motion to Avoid Judgment Lien Pursuant
to 11 U.S.C. Section 522(f)(1)(A) and for Civil Contempt
Sanctions for Violation of Discharge; Motion for Injunction
Pursuant to 11 U.S.C. Sections 105(a) and 524(a)(2);
Motion for Relief Under the Bankruptcy Discharge
[Response due at time of the hearing]
#28 - Exhibits Filed by Debtor
#34 - Response in Compliance with Order Setting
Hearing / Declaration of Joanne Marie Roman
#35 - Objection Filed by M& T Bank

**APPEARANCES**:
Debtor:     Pro - Se (Joanne M. Roman)
M&T BANK:   Matthew Fissel

**NOTES:**

Roman: I don't believe M&T Bank has standing. In the 2021 bankruptcy, I received my discharge, and I don't understand why a 2011 judgment from the state court in Erie County can be transferred to Butler County to attempt to seize my property. You cannot modify a mortgage without a contract, and I don't believe that what M&T has is a mortgage.

Fissel: The Debtor is trying to relitigate issues from the state court, as you stated, under the Rooker-Feldman doctrine, you cannot "grade the papers of the state court judge," and I do not believe you have jurisdiction over this matter.

**OUTCOME:**

1. For the reasons stated on the record at the hearing on July 24, 2025 the *Motion to Reopen Case Under 11 U.S.C. § 350(b),* [Dkt. No. 24], is **DENIED**. [Chambers to Issue]

2. For the reasons stated on the record at the hearing on July 24, 2025 the *Motion to Avoid Judgment Lien Pursuant to 11 U.S.C. 522(f)(1)(A) and for Civil Contempt Sanctions for Violation of Discharge,* [Dkt. No. 24], is **DENIED** as **MOOT**. [Chambers to Issue]

3. For the reasons stated on the record at the hearing on July 24, 2025 the *Injunction Pursuant to 11 U.S.C. §§ 105(a) and 524(a)(2) Motion for Relief Under the Bankruptcy Discharge,* [Dkt. No. 24], is **DENIED** as **MOOT**. [Chambers to Issue]

**DATED:** 7/24/2025