FILED
4/16/26 4:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Bankruptcy No.  21-20642-GLT |
| JOANNE M. ROMAN | | |
| DEBTOR | : | Adversary No. |
| | : | |
| | : | Related to Docket No.  36 |
| | : | |
| | : | 7-Day Transcript (Expedited) |
| | : | |

**NOTICE OF TRANSCRIPT ORDER**
**WITH COMPLETION DATE**

Joanne M. Roman  has ordered transcript(s) for hearings held on the date(s) listed below:

July 24, 2025.

The transcript is being prepared by Writer's Cramp, Inc..  The estimated completion for this transcript is April 23, 2026.

Michael R. Rhodes, Clerk
United States Bankruptcy Court

Date: 4/16/2026

By:           /s/ Hayley Smith
                        ECRO

#61-M