**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/23/26 5:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                                                          :   Case No. 21-20642-GLT
                                                               :   Chapter 7
JOANNE M. ROMAN,                                               :
                                                               :   Related to Dkt. No. 39, 40
            *Debtor.*                                          :
                                                               :

**NOTICE OF FILING OF TRANSCRIPT AND
ORDER SETTING DEADLINE FOR REDACTION**

Notice is hereby given that on April 23, 2026, a transcript of the hearing held on July 24, 2025, in the above-captioned case was filed at Dkt. No. 40.

Pursuant to their obligations under W.D. PA. L.B.R. 9037-1 and FED R. BANKR. P. 9037, parties shall file any *Notice of Intent to Request Redaction* of personal identifiers using Local Form 35 (available from the Court website at http://www.pawb.uscourts.gov/local-forms-effect-november-1-2021) on or before **May 4, 2026**.  A party is deemed to waive the protection afforded under FED. R. BANKR. P. 9037(a) for any personal identifiers contained within the transcript which are not included in a timely redaction request.

Parties may review the transcript by either (a) accessing the public terminal of the Clerk of Court, 5414 U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219 at no cost; or (b) purchasing a copy of the transcript from the Court Reporter/Transcriber by contacting **Writer's Cramp, Inc.** via telephone at **609-588-8043** or mail at **1027 Betty Lane, Ewing NJ 08628**.  An electronic copy of the transcript will be publicly available without restriction after **July 22, 2026**.

By obtaining a copy of the transcript prior to **May 4, 2026**, the receiving party acknowledges and agrees that the copy may contain personal identifiers that could be subject to redaction.  To the extent the Court subsequently grants any redaction request, the party shall take appropriate measures to destroy its copy of the original transcript and replace it with a copy the redacted transcript.  The party shall refrain from otherwise copying, retaining, selling, disclosing, or relying on any redacted information contained in the original transcript.

Dated:  April 23, 2026

_____
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Writer's Cramp, Inc.
Joanne M. Roman
Matthew Fissel, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                              Case No. 21-20642-GLT

Joanne M. Roman                                                    Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 23, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

**Recip ID**         **Recipient Name and Address**
    +  Joanne M. Roman, 102 Artlee Ave., Butler, PA 16001-2771
    +  Writer's Cramp, Inc., 1027 Betty Lane, Ewing, NJ 08628-1635

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026         Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor M&T BANK denise.carlon@mccalla.com mccallaecf@ecf.courtdrive.com |
| Douglas G. Hipp | on behalf of Debtor Joanne M. Roman twohipp4u@hotmail.com |
| Matthew Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | information@robertshearer.com rshearer@ecf.axosfs.com;rspclaw@gmail.com |

District/off: 0315-2                                     User: auto                                              Page 2 of 2
Date Rcvd: Apr 23, 2026                            Form ID: pdf900                                   Total Noticed: 2

Robert Shearer
                         on behalf of Trustee Robert Shearer information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com

S. James Wallace
                         on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 8